## 66363. FOWLER v. CITY OF EAST POINT.

CARLEY, Judge.

Appellant seeks to appeal from an order of the superior court denying his petition for certiorari from the city court of East Point, Georgia. Appellant has failed to comply with the requirements of OCGA § 5-6-35 (Code Ann. § 6-701.1) and, therefore, this court is without jurisdiction over the case. The appeal must be dismissed. *Bradfield v. Jackson,* 156 Ga. App. 81 (274 SE2d 164) (1980).

*Appeal dismissed. Deen, P. J., and Banke, J. concur.*

DECIDED JUNE 13, 1983.

John Fowler, *pro se.*
E. *Wayne Wallhausen,* for appellee.